**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**VICKI L. FRYE**

**VS.**                                                    **CIVIL ACTION NO. 1:07CV164-DAS**

**MICHAEL J. ASTRUE,**
**Commissioner of**
**Social Security**

**FINAL JUDGMENT**

Consistent with the Opinion issued this day, the decision of the Commissioner of Social

Security, denying the plaintiff's application for benefits, is hereby **AFFIRMED**; and this case is

hereby **DISMISSED** with prejudice.

**SO ORDERED** this 30th day of September, 2008.

                                                      **/s/ David A. Sanders**
                                                       **U. S. MAGISTRATE JUDGE**